IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAMMY JOE GAVINSKI,

    Appellant,                                JUDGMENT IN A CIVIL CASE

v.                                                  Case No. 12-cv-121-wmc

ERIC WUNSCH,

    Appellee.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing appellant Tammy Joe Gavinski's appeal from the United States Bankruptcy Court for the Western District of Wisconsin for lack of appellate jurisdiction.

    *Peter Oppeneer*                      9/28/12
    Peter Oppeneer, Clerk of Court            Date