IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

TAMMY JOE GAVINSKI,

    Appellant,                             JUDGMENT IN A CIVIL CASE

v.                                             Case No. 12-cv-121-wmc

ERIC WUNSCH,

    Appellee.
_____

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.
_____

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing appellant Tammy Joe Gavinski's appeal from the United States Bankruptcy Court for the Western District of Wisconsin for lack of appellate jurisdiction.

_____     _____
Peter Oppeneer, Clerk of Court                    Date

*/s/ Peter Oppeneer*      9/28/12